# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| APRIL DUDLEY and LATORA WRIGHT, individually and on behalf of a class of persons similarly situated , <br><br>    Plaintiffs, <br><br>    v. <br><br> LOTT MANAGEMENT, INC.; LOTT RESTAURANTS LLC; LOTT #1, INC.; DERRICK LOTT; AND CHRISTINE LOTT d/b/a MCDONALD'S; MCDONALD'S USA, LLC; and MCDONALD'S CORPORATION, <br><br>    Defendants. | Civil Action No. 14 C 10236 <br><br> Judge Robert W. Gettleman |

**MCDONALD'S USA, LLC'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES:**
**<u>DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 3.2 of this Court, Defendant McDonald's USA, LLC submits this Notification as to Affiliates stating that McDonald's USA, LLC is a wholly-owned subsidiary of McDonald's Corporation. McDonald's Corporation has no parent corporations or publicly held companies that own ten percent (10%) or more of it.

Dated: January 21, 2015         Respectfully submitted,

s/ Efrat R. Schulman
Matthew Lampe (NY 4620852)
JONES DAY
222 East 41st Street
New York, New York 10017
212-326-3939
mlampe@jonesday.com

Elizabeth B. McRee (6275501)
emcree@JonesDay.com
Efrat R. Schulman (6280999)
eschulman@jonesday.com
Brandon L. Dixon (6308887)
bdixon@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601.1692
Telephone:     +1.312.782.3939
Facsimile:      +1.312.782.8585

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record via email.

                                                                     s/ Efrat R. Schulman
                                                       *An attorney for McDonald's USA, LLC*